

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE NAVARRO NAVARRO | § |
| | § |
| vs. | § Civil Action No. B-97-103 |
| | § |
| SGT. GARCIA, DR. JOHN DOE, AND NURSE JANE DOE | § § |

**United States District Court
Southern District of Texas
ENTERED**

**NOV 0 3 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before this Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. In view of the fact that this judge has a legal and moral conscience which subscribes to standards which have been established by common law and precedent, he cannot, in the discharge of his commitment and duty, honor the decision rendered in *Stewart v. Murphy*, 174 F.3d 530 (5th Cir. 1999). The reference to said case in Magistrate Judge's Report and Recommendation is hereby **NOT ADOPTED**.

Notwithstanding, after a de novo review of the entire file, it is the opinion of this Court that the remainder of Magistrate Judge's Report and Recommendation be and is hereby **ADOPTED**. It follows that Defendant's Motion to Dismiss is **GRANTED** and that Plaintiff's case is **DISMISSED**.

DONE this 3rd day of November, 1999 in Brownsville, Texas.

Filemon B. Vela
United States District Judge